**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL V. SARKISYAN,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No. 2:26-cv-00504-SPG-ADS<br><br><br>ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

On January 16, 2026, Petitioner Rafael V. Sarkisyan, proceeding through counsel, filed a Petition for a Writ of Habeas Corpus By a Person in Federal Custody Under 28 U.S.C. § 2241 (the "Petition"). (Dkt. No. 1.)  Petitioner also filed an Application for Temporary Restraining Order and Preliminary Injunction.  (Dkt. No. 5.)  On January 27, 2026, the Court granted a temporary restraining order.  (Dkt. No. 14.)  On February 10, 2026, the Court granted a preliminary injunction.  (Dkt. No. 18.)  On April 29, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be

entered consistent with the reasons and findings set forth in the Court's Orders on

preliminary relief, without requiring further proceedings.  (Dkt. No. 23.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 23) and for the reasons stated in the Court's Orders granting preliminary relief (Dkt. Nos. 14, 18), the Petition is granted.  Judgment is to be entered consistent with this Order.

**IT IS SO ORDERED.**

Dated:  April 30, 2026    _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2