UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAFAEL V. SARKISYAN,

                    Petitioner,

          v.

KRISTI NOEM, et al.,

                    Respondents.

Case No. 2:26-cv-00504 SPG (ADS)

JUDGMENT

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Orders granting preliminary relief (Dkt. Nos. 14, 18).

Dated:  April 30, 2026

THE HONORABLE SHERILYN PEACE GARNETT
United States District Judge